UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARY WEST, on behalf of herself and all
others similarly situated,

                      Plaintiff,

-against-                                 **ORDER**

                                       20- CV-3590 (LTS) (KNF)

UTZ QUALITY FOODS, LLC,

                      Defendant,

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The time for the defendant to answer or move with respect to the complaint is enlarged from June 3, 2020, to July 20, 2020.

Dated:  New York, New York                    SO ORDERED:
            May 27, 2020

                                                    /s/ Kevin Nathaniel Fox
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE