UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY WEST, on behalf of herself and others similarly situated,

Plaintiff,

-against-

UTZ QUALITY FOODS, LLC

Defendant.

Docket No.: 1:20-cv-03590 (LTS)

**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by the parties herein that the above-entitled action be and the same is, hereby voluntarily dismissed, with prejudice and without costs to any party and this stipulation may be filed with the Clerk of the Court without further notice.

For the Defendant:

By: _____
Richard Fama, Esq.
Cozen O'Connor
45 Broadway Atrium, Suite 1600
New York, New York 10006
Telephone: (212) 908-1221
Fax: (646) 880-3639
rfama@cozen.com

Date: 7/20/20

For the Plaintiff:

By: _____
David Paul Force, Esq.
Stein Saks, PLLC
285 Passaic Street
Hackensack, New Jersey 07601
Telephone: (201) 282-6500
dforce@steinsakslegal.com

Date: 7/17/20

The captioned putative class action is dismissed with prejudice as to the named plaintiff and without prejudice as to all unnamed members of the putative class. The Clerk of Court is requested to close the case. DE#10 resolved.

SO ORDERED.
7/27/2020
/s/ Laura Taylor Swain, USDJ